# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pursuit Capital Management, LLC,<br><br>Debtor. | Case No. 14-10610 (LSS)<br>Chapter 7 |
| Claridge Associates, LLC, Jamiscott LLC, Leslie Schneider, and Lillian Schneider, collectively as the creditors, transferees, and assignees of the Estate of Pursuit Capital Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Anthony Schepis, Frank Canelas, Ruth Canelas, Northeast Capital Management, LLC, Pursuit Partners, LLC, Pursuit Investment Management, LLC, Pursuit Capital Management Fund I, L.P., Pursuit Capital Partners (Cayman) Ltd., Pursuit Capital Master (Cayman) Ltd., Pursuit Opportunity Fund I, L.P., Pursuit Opportunity Fund I, Ltd., and Pursuit Opportunity Fund I Master Ltd.,<br><br>Defendants. | Adv. Proc. No. 16-50083 (LSS)<br><br><br><br><br><br><br><br><br><br>Related to D.I. Nos. 113, 119, 135, 160 |

## ORDER REGARDING PLAINTIFFS' FOURTH MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SECOND MOTION TO COMPEL RESPONSES TO INTERROGATORIES

And now this ___26th___ day of March, 2018, upon consideration of Plaintiffs' Fourth Motion to Compel Production of Documents and Second Motion to Compel Responses to Interrogatories [D.I. 160] (the "Fourth Motion to Compel"), and oral argument heard on March 20, 2018, **IT IS HEREBY ORDERED** that:

1. Defendants, to the extent they have not already done so, shall comply with the Court's November 7 Order [D.I. 135] compelling Defendants to produce the documents and information requested in Plaintiffs' Second Set of Requests for the Production of Documents and First Set of Interrogatories (the "July Requests") by April 3, 2018;

2. EisnerAmper LLP ("EisnerAmper") shall produce responsive, non-privileged documents in response to the Second EisnerAmper Subpoena and pursuant to the Second Order Regarding Confidentiality of Produced Materials from EisnerAmper LLP. Plaintiffs shall provide Defendants with a copy of all documents produced by EisnerAmper subject to the Second Order Regarding Confidentiality of Produced Materials from EisnerAmper LLP;

3. In response to the Second EisnerAmper Subpoena, EisnerAmper shall, by April 10, 2018, produce to Plaintiffs' counsel, in electronic form, unredacted copies of the following:

    a. Engagement letters between EisnerAmper and any of the Pursuit Entities (as defined in the Second Eisner Subpoena);

    b. Audited financial statements and related final audit workpapers of:
        i. Pursuit Capital Partners Master (Cayman) Ltd. for the years 2007 and 2008.
        ii. Pursuit Opportunity Fund I Master Ltd. for the years 2007 and 2008.
        iii. Pursuit Opportunity Fund I Ltd. for the years 2007 and 2008.
        iv. Pursuit Capital Partners (Cayman) Ltd. for years 2007 and 2008.
        v. Pursuit Partners LLC for the years 2008 through 2011;

    c. Draft audit workpapers for the incomplete 2009 audits of:
        i. Pursuit Capital Partners Master (Cayman) Ltd.
        ii. Pursuit Opportunity Fund I Master Ltd.
        iii. Pursuit Opportunity Fund I Ltd.
        iv. Pursuit Capital Partners (Cayman) Ltd.;

    d. Tax returns and related tax workpapers of Pursuit Investment Management LLC for the years 2006 through 2011; and

    e. Email communications related to any of the Pursuit Entities located through a reasonable search of EisnerAmper's network;

4. Plaintiffs shall be entitled to the payment by the Defendants of legal fees and costs incurred by Plaintiffs' counsel in connection with the motions to compel filed on October 13, 2017 [D.I. 119] and February 16, 2018 [D.I. 160] (the "Motions"). Plaintiffs are directed to submit by certification of counsel information regarding the legal fees and costs incurred by Plaintiffs' counsel in connection with the Motions, broken out by motion, to assist the Court in making a determination as to Plaintiffs' reasonable legal fees and costs that Defendants shall be obligated to pay. Defendants shall within ten (10) days from the submission of Plaintiffs' counsel's certification be permitted to file an objection, if any, to any legal fees or costs that Defendants deem unreasonable or unnecessary. If Defendants file such an objection, Plaintiffs shall have five (5) days to file a response to Defendants' objection; and

5. If Plaintiffs contend that Defendants did not produce the required documents and verified interrogatory responses in compliance with the November 7 Order by April 3, 2018, then Plaintiffs shall notify the Court of Defendants' continued non-compliance with the November 7 Order and Defendants shall have an opportunity to respond within five (5) days of such notification.

*[signature]*
Laurie Selber Silverstein, U.S.B.J.