## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>Pursuit Capital Management, LLC,<br><br>Debtor. | : : : : : : | Case No. 14-10610 (LSS)<br>Chapter 7 |
| Claridge Associates, LLC, Jamiscott LLC, Leslie Schneider, and Lillian Schneider, collectively as the creditors, transferees, and assignees of the Estate of Pursuit Capital Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Anthony Schepis, Frank Canelas, Ruth Canelas, Northeast Capital Management, LLC, Pursuit Partners, LLC, Pursuit Investment Management, LLC, Pursuit Capital Management Fund I, L.P., Pursuit Capital Partners (Cayman) Ltd., Pursuit Capital Master (Cayman) Ltd., Pursuit Opportunity Fund I, L.P., Pursuit Opportunity Fund I, Ltd., and Pursuit Opportunity Fund I Master Ltd.,<br><br>Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : | Adv. Proc. No. 16-50083 (LSS) |

## JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

Plaintiffs Claridge Associates, LLC, Jamiscott, LLC, Leslie Schneider, and Lillian Schneider ("Plaintiffs") and Defendants Anthony Schepis, Frank Canelas, Ruth Canelas, Northeast Capital Management, LLC, Pursuit Partners, LLC, Pursuit Investment Management, LLC, Pursuit Capital Management Fund I, L.P., Pursuit Capital Partners (Cayman)

Ltd., Pursuit Capital Master (Cayman) Ltd., Pursuit Opportunity Fund I, L.P., Pursuit Opportunity Fund I, Ltd., and Pursuit Opportunity Fund I Master Ltd. ("Defendants"), by and through their counsel, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Bankr. P. 9006(b), hereby move for an extension of the deadline for completing fact discovery in the above-captioned action from April 30, 2018 to July 31, 2018.

## ARGUMENT

1.     On June 9, 2017, the Court authorized full fact discovery to proceed in this action [D.I. 103]. On June 20, 2017, the Court entered a scheduling order, setting the deadline for fact discovery as January 31, 2018 [D.I. 106]. That deadline was subsequently extended to April 30, 2018 [D.I. 147].

2.     On July 31, 2017, Plaintiffs served document requests and interrogatories on Defendants, returnable August 30, 2017 [D.I. 113]. Defendants completed their document production and provided verified interrogatory responses on April 3, 2018. On April 10, the Parties met and conferred regarding outstanding concerns raised by Plaintiffs, and Defendants' counsel informed Plaintiffs' counsel that Defendants have now produced all responsive, non-privileged documents in their personal possession.

3.     During the April 10 meet and confer session, Defendants' counsel advised Plaintiffs' counsel that Defendants did not have any additional documents from Defendants' former banks, accountants, auditors, fund administrators, or other entities named in Defendants' supplemental interrogatories and therefore Plaintiffs should subpoena those entities if Plaintiffs would like that information. Defendants' counsel advised Plaintiffs' counsel that Defendants would not object to such subpoenas. Plaintiffs intend to serve subpoenas to obtain the additional documents.

4.     On April 11, 2018, Plaintiffs received from EisnerAmper over 9,000 documents pursuant to the Court's March 26, 2018 Order [D.I. 170-1], and in response to Plaintiffs' January 11, 2018 subpoena.

5.     Plaintiffs' counsel and Defendants' counsel agree that additional time to complete fact discovery is necessary and appropriate.

6.     In light of the above factors, Plaintiffs and Defendants request an extension of the fact discovery deadline from April 30, 2018 to July 31, 2018, in order to afford both parties additional time to collect and review discovery, and prepare for and take any relevant depositions.

Dated: April 26, 2018

Respectfully submitted,

By:   DILWORTH PAXSON LLP

/s/ Jesse N. Silverman
Jesse N. Silverman (DE #5446)
One Customs House, Suite 500
704 King Street
Wilmington, Delaware 19801
Telephone: (302) 571-9800

-and-

1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7284

HARRIS, ST. LAURENT & CHAUDHRY LLP

/s/ Jonathan Harris
Jonathan Harris (admitted *pro hac vice*)
40 Wall Street, 53rd Floor
New York, NY 10005
Telephone: (212) 397-3370

DEBEVOISE & PLIMPTON LLP

/s/ Wendy B. Reilly
Edwin G. Schallert (admitted *pro hac vice*)
Wendy B. Reilly (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000

*Attorneys for Plaintiffs*

THE ROSNER LAW GROUP LLC

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111

TARTER KRINSKY & DROGIN LLP

/s/ Alex Spizz
Alex Spizz (admitted *pro hac vice*)
Sarah E. Coleman (admitted *pro hac vice*)
1350 Broadway
New York, NY 10018
Telephone: (212) 216-8000

*Attorneys for Defendants*