**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Pursuit Capital Management, LLC, <br><br> Debtor. | Case No. 14-10610 (LSS) <br> Chapter 7 |
| Claridge Associates, LLC, Jamiscott LLC, Leslie Schneider, and Lillian Schneider, collectively as the creditors, transferees, and assignees of the Estate of Pursuit Capital Management, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Anthony Schepis, Frank Canelas, Ruth Canelas, Northeast Capital Management, LLC, Pursuit Partners, LLC, Pursuit Investment Management, LLC, Pursuit Capital Management Fund I, L.P., Pursuit Capital Partners (Cayman) Ltd., Pursuit Capital Master (Cayman) Ltd., Pursuit Opportunity Fund I, L.P., Pursuit Opportunity Fund I, Ltd., and Pursuit Opportunity Fund I Master Ltd., <br><br> Defendants. | Adv. Proc. No. 16-50083 (LSS) |

## NOTICE OF SERVICE OF DISCOVERY

On May 9, 2018, undersigned counsel caused Plaintiffs' Second Set of Interrogatories to Defendants to be served upon Defendants' counsel via overnight delivery at:

Alex Spizz, Esq.
Sarah E. Coleman, Esq.
**TARTER KRINSKY & DROGIN**
1350 Broadway
New York, NY 10018
aspizz@tarterkrinsky.com
scoleman@tarterkrinsky.com

120156299_1

Dated: May 10, 2018

By:

Respectfully submitted,

DILWORTH PAXSON LLP

/s/ Jesse N. Silverman
Jesse N. Silverman (DE #5446)
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7284
Facsimile: (215) 575-7200

-and-

One Customs House, Suite 500
704 King Street
Wilmington, Delaware 19801
Telephone: (302) 571-9800
Facsimile: (302) 571-8875

HARRIS, ST. LAURENT & CHAUDHRY LLP

/s/ Jonathan Harris
Jonathan Harris (admitted *pro hac vice*)
40 Wall Street, 53rd Floor
New York, NY 10005
Tel: (212) 397-3370

-and-

DEBEVOISE & PLIMPTON LLP

/s/ Sarah Garvey-Potvin
Edwin G. Schallert (admitted *pro hac vice*)
Wendy B. Reilly (admitted *pro hac vice*)
Sarah Garvey-Potvin (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000

*Attorneys for Plaintiffs*

120156299_1