## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Pursuit Capital Management, LLC,<br>Debtor. | Chapter 7<br>Case No. 14-10610 (LSS) |
| Claridge Associates, LLC, Jamiscott LLC, Leslie Schneider, and Lillian Schneider, collectively as the creditors, transferees, and assignees of the Estate of Pursuit Capital Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Anthony Schepis, Frank Canelas, Ruth Canelas, Northeast Capital Management, LLC, Pursuit Partners, LLC, Pursuit Investment Management, LLC, Pursuit Capital Management Fund I, L.P., Pursuit Capital Partners (Cayman) Ltd., Pursuit Capital Master (Cayman) Ltd., Pursuit Opportunity Fund I, L.P., Pursuit Opportunity Fund I, Ltd., and Pursuit Opportunity Fund I Master Ltd.,<br><br>Defendants. | Adv. Proc. No. 16-50083 (LSS) |

## **NOTICE OF DEPOSITION OF PLAINTIFF JAMISCOTT, LLC**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 7032 and 9014(c) and Fed. R. Civ. P. 30(b)(1), Defendants in the above-captioned matter, by and through their undersigned counsel, will take the deposition upon oral examination of Plaintiff Jamiscott, LLC by its designated agent beginning at 9:00 a.m. on June 15, 2018, and continuing thereafter, from day-to-day, until it is concluded, or at such other time as may be agreed to by counsel for the parties or as ordered by the Court.

The deposition will take place at the offices of Tarter Krinsky & Drogin, LLP, 1350 Broadway, 11th Floor, New York, New York 10018 (or such other location as may be agreed to by the parties). The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by sound, video, and/or stenographic means.

Dated: Wilmington, Delaware
May 10, 2018

THE ROSNER LAW GROUP LLC

/s/ *Scott J. Leonhardt*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE #4885)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
leonhardt@teamrosner.com

- and –

TARTER KRINSKY & DROGIN LLP

Alex Spizz (admitted *pro hac vice*)
Sarah E. Coleman (admitted *pro hac vice*)
1350 Broadway
New York, NY 10018
Telephone: (212) 216-8000

*Attorneys for Defendants*