# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pursuit Capital Management, LLC,<br><br>Debtor. | Case No. 14-10610 (LSS)<br>Chapter 7 |
| Claridge Associates, LLC, Jamiscott LLC, Leslie Schneider, and Lillian Schneider, collectively as the creditors, transferees, and assignees of the Estate of Pursuit Capital Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Anthony Schepis, Frank Canelas, Ruth Canelas, Northeast Capital Management, LLC, Pursuit Partners, LLC, Pursuit Investment Management, LLC, Pursuit Capital Management Fund I, L.P., Pursuit Capital Partners (Cayman) Ltd., Pursuit Capital Master (Cayman) Ltd., Pursuit Opportunity Fund I, L.P., Pursuit Opportunity Fund I, Ltd., and Pursuit Opportunity Fund I Master Ltd.,<br><br>Defendants. | Adv. Proc. No. 16-50083 (LSS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re: Adv. D.I. 184, 185, 186 & 187** |

## **CERTIFICATE OF SERVICE**

I, Scott Leonhardt, hereby certify that, on May 10, 2018, I caused a copy of the *Notice of Deposition of Plaintiff Jamiscott, LLC* [Adv. D.I. 184; filed 5/10/18], *Notice of Deposition of Plaintiff Claridge Associates, LLC* [Adv. D.I. 185; filed 5/10/18], *Notice of Deposition of Plaintiff Lillian Schneider* [Adv. D.I. 186; filed 5/10/18], and *Notice of Deposition of Plaintiff Leslie Schneider* [Adv. D.I. 187; filed 5/10/18] to be served via First-Class Mail upon the parties listed below:

{00023164. }

| | |
|---|---|
| **Counsel to Claridge Associates, LLC**<br>**Lindsay C. Cornacchia**<br>**Wendy B. Reilly**<br>**Sarah Garvey-Potvin**<br>**Jarrod L. Schaeffer**<br>**Edwin G. Schallert**<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 | **Counsel to Claridge Associates, LLC**<br>**Jesse N. Silverman**<br>Dilworth Paxson LLP<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102 |

Dated: Wilmington, Delaware
         May 11, 2018

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner, Esq. (DE 3995)
Scott J. Leonhardt, Esq. (DE 4885)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
leonhardt@teamrosner.com