B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of _____ Delaware _____

In re  Pursuit Capital Managment, LLC
Debtor

(Complete if issued in an adversary proceeding)

Claridge Associates, LLC, et al.
Plaintiff
v.
Schepis, et al.
Defendant

Case No.  14-10610-LSS

Chapter  7

Adv. Proc. No.  16-50083-LSS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: SS&C Technologies, Inc., c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808

*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  See Schedule A

| PLACE | DATE AND TIME |
|---|---|
| Dilworth Paxson LLP, One Customs House, 704 King Street, Suite 500, Wilmington, DE 19801, Attn: Jesse N. Silverman, Esq. | 06/26/18    5:00 PM |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/30/18

CLERK OF COURT

_____        OR    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* all Plaintiffs _____, who issues or requests this subpoena, are:  Dilworth Paxson LLP, One Customs House, 704 King Street, Suite 500, Wilmington, DE 19801, Attn: Jesse N. Silverman, Esq., 302-571-9800, jsilverman@dilworthlaw.com.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

Case 16-50083-LSS    Doc 190    Filed 06/07/18    Page 2 of 2

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: SS&C TECHNOLOGIES, INC. c/o CSC
on *(date)* 05/31/18 .

☒ I served the subpoena by delivering a copy to the named person as follows: Hand delivered. Placed in Litigation Management Representative's bin @ 11:47am. Located at 251 Little Falls Drive, Wilmington, DE 19808.
_____ on *(date)* 6-1-2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 06/01/18

_____
*Server's signature*

Daniel Patterson/Process Server
*Printed name and title*

it's DONE! Courier - 525 S. 4th Street, Suite 366
Philadelphia, PA 19147    215-925-3663
*Server's address*

Additional information concerning attempted service, etc.: