B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of __Delaware__

In re __Pursuit Capital Managment, LLC__
Debtor

Case No. __14-10610-LSS__

*(Complete if issued in an adversary proceeding)*

Chapter __7__

__Claridge Associates, LLC, et al.__
Plaintiff

v.

__Schepis, et al.__
Defendant

Adv. Proc. No. __16-50083-LSS__

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __First County Bank, Administrative Offices, 117 Prospect Street, Stamford, CT  06901__

*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Schedule A

| PLACE | DATE AND TIME |
|---|---|
| Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, Attn: Wendy B. Reilly, Esq. | 06/26/18   5:00 PM |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __05/31/18__

CLERK OF COURT

OR

_____      _____/s/ Wendy B. Reilly_____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* __all Plaintiffs__ , who issues or requests this subpoena, are:
Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, Attn: Wendy B. Reilly, Esq., wbreilly@debevoise.com, (212) 909-6316

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**



**AFFIDAVIT OF SERVICE**

Index no : **14-10610-LSS, Adv Proc No. 16-50083-LSS**

**Claridge Associates, LLC, et al**

          Plaintiff(s),

vs.

**Schepis, et al**

          Defendant(s).

**STATE OF CONNECTICUT**
                          ss: East Hartford
**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/31/2018** at **3:05 PM**, I served the within **Letter, Subpoena In A Civil Case to Produce Documents Information or Objects or to Permit Inspection of Premises in a Bankruptcy Case Or Advsersary Proceeding, Schedule A, Documents to be Produced** on **First County Bank** at **160 Atlantic Street, Stamford, CT 06904** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Melissa Houle, Administrative Assistant** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **First County Bank**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 31 | 5'3" | 110 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
June 04, 2018
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 03/31/2023

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES

X_____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#: